**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

<span style="color:red">**FILED**

**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT</span>

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number:

KYLE MITCHELL,          Plaintiff,
v.
FIRST RESOLUTION INVESTMENT CORPORATION, and
TRANS UNION, LLC,      Defendant

<span style="color:red">**07 C 6760**</span>

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

<span style="color:red">**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**</span>

| |
|---|
| NAME (Type or print)<br> Tiffany N. Hardy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Tiffany N. Hardy |
| FIRM<br> Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br> 120 South LaSalle Street, 18th Floor |
| CITY/STATE/ZIP<br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 486240 | TELEPHONE  NUMBER<br> 312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐