IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 07 CV 6760 |
| ) | |
| FIRST RESOLUTION INVESTMENT CORP., ) | Judge Joan B. Gottschall |
| and TRANS UNION LLC ) | |
| Defendants. ) | Magistrate Judge Susan E. Cox |

**DEFENDANT TRANS UNION LLC'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: TransUnion Corp.

Date: December 13, 2007                Respectfully submitted,

**TRANS UNION LLC**


By:  /s/ Sharon R. Albrecht
         One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31130452.1