IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 07 C 6760 |
| ) | |
| FIRST RESOLUTION INVESTMENT CORP. ) | Judge Joan B. Gottschall |
| and TRANS UNION, LLC ) | |
| Defendants. ) | Magistrate Judge Susan E. Cox |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), by its attorneys, hereby moves this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, and in support thereof states as follows:

1. Pursuant to service of summons, Trans Union is required to answer or otherwise plead in response to Plaintiff's Complaint by December 24, 2007.

2. The allegations in the Complaint against Trans Union relate to disputes that Plaintiff sent to Trans Union concerning consumer credit information in Plaintiff's Trans Union file.

3. Trans Union is in the process of gathering its records concerning Plaintiff's past interactions with Trans Union so that it may fully address the allegations in the Complaint.

4. On December 7, 2007, counsel for Plaintiff agreed to the proposed extension.

5. Trans Union respectfully requests that this Court extend its time to answer or otherwise plead to and including January 23, 2008.

6. Trans Union's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

CHGO1\31129900.1

WHEREFORE, Trans Union respectfully requests that this Court grant its motion for an extension of time allowed to answer or otherwise plead in response to Plaintiff's Complaint to and including January 23, 2008.

Dated: December 13, 2007          Respectfully submitted,

                                                     **TRANS UNION LLC**

                                                     By: /s/ Sharon R. Albrecht
                                                             One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000