IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 07 C 6760 |
| | ) | |
| FIRST RESOLUTION INVESTMENT CORP. | ) | Judge Joan B. Gottschall |
| and TRANS UNION, LLC | ) | |
| Defendant. | ) | Magistrate Judge Susan E. Cox |

### NOTICE OF AGREED MOTION

TO: Daniel Edelman
Cathleen Combs
James O. Latturner
Tiffany Hardy
*Edelman, Combs, Latturner & Goodwin, LLC*
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

PLEASE TAKE NOTICE that on Thursday, the 20th day of December, 2007 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Gottschal, or any judge sitting in her stead, in courtroom 2325, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Dated: December 13, 2007                                       **TRANS UNION LLC**


                                       By:  /s/ Sharon R. Albrecht
                                              One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois   60601-1293
312-368-4000

CHGO1\31129913.1