# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Kyle Mitchell

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:07−cv−06760
                                                        Honorable Joan B.
                                                        Gottschall

First Resolution Investment Corporation, et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

     MINUTE entry before Judge Joan B. Gottschall :Agreed motion by Defendant, Trans Union LLC for extension of time to answer or othwerwise plead in response to Plaintiff's complaint by 1/23/2008 [13] is granted. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. See Judge Gottschall's civil case management packet for important information about pretrial case management procedures. Status hearing set for 1/30/2008 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.