# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Kyle Mitchell

                    Plaintiff,

v.                                           Case No.: 1:07–cv–06760

                                                 Honorable Joan B. Gottschall

First Resolution Investment Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 1/30/2008. Rule 26(a)(1) disclosures shall be exchanged by 2/25/2008. Defendant, First Resolution Investment to answer or otherwise plead by 2/20/2008. Status hearing set for 4/9/2008 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.