IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 07 C 6760 |
| ) | |
| FIRST RESOLUTION INVESTMENT CORP. ) | Judge Joan B. Gottschall |
| and TRANS UNION LLC ) | |
| Defendants. ) | Magistrate Judge Susan E. Cox |
| ) | |
| _____ ) | |
| ) | |
| TRANS UNION LLC ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| FIRST RESOLUTION INVESTMENT CORP. ) | |
| ) | |
| Third-Party Defendant. ) | |

**MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT
AGAINST FIRST RESOLUTION INVESTMENT CORPORATION**

1.  Defendant Trans Union LLC ("Trans Union"), by and through its attorneys, moves for leave to file a third-party complaint against Defendant First Resolution Investment Corporation ("First Resolution"), pursuant to Rules 14 and 19 of the Federal Rules of Civil Procedure.

2.  On November 30, 2007, Plaintiff Kyle Mitchell ("Plaintiff") filed this action against Trans Union and First Resolution (collectively, "Defendants"), alleging that Defendants violated the Fair Credit Reporting Act ("FCRA") with respect to information that First Resolution furnished to Trans Union.

CHGO1\31160441.1

3. Trans Union denies that it violated the FCRA. Nonetheless, the information regarding Plaintiff that is at issue in this action was furnished by First Resolution to Trans Union pursuant to a preexisting contractual relationship between First Resolution and Trans Union.

4. Pursuant to that contract between First Resolution and Trans Union, First Resolution agreed to (1) maintain and update the account information it furnishes to Trans Union with the current status of each account; (2) use its best efforts and skills to provide that the credit information it furnishes to Trans Union is reliable and accurate; and (3) comply with all applicable requirements under the Fair Credit Reporting Act ("FCRA") and other applicable federal or state laws.

5. First Resolution is the party that furnished information to Trans Union regarding the Account and, pursuant to its relationship with Trans Union, is ultimately responsible for any actions that did not comply with the Agreement and the FCRA. Accordingly, Trans Union seeks leave to file its Third-Party Complaint against First Resolution for indemnification with respect to Plaintiff's claim.

**WHEREFORE**, Defendant Trans Union LLC respectfully requests that this Court grant it leave to file <u>instanter</u> its Third-Party Complaint against First Resolution in the form attached hereto as Exhibit 1, and grant such other and further relief as it deems appropriate.

Dated: March 12, 2008   Respectfully submitted,

**TRANS UNION LLC**


By: /s/ Sharon R. Albrecht  
     One of Its Attorneys


Monica L. Thompson (ARDC #06181455)  
Albert E. Hartmann (ARDC #06256064)  
Sharon R. Albrecht (ARDC #06288927)  
**DLA PIPER US LLP**  
203 North LaSalle Street  
Suite 1900  
Chicago, Illinois 60601  
312-368-4000

## **CERTIFICATE OF SERVICE**

I, Sharon R. Albrecht, an attorney, depose and state that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice on the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Tiffany Hardy
> *Edelman, Combs, Latturner & Goodwin, LLC*
> 120 S. LaSalle Street, 18th Floor
> Chicago, Illinois  60603

I further state that I caused a true and correct copy of the foregoing to be served on the following party at the indicated address, by First Class United States Mail and by e-mail:

> Uphar Dhaliwal
> First Resolution Investment Corporation
> 851 Coho Way, Suite 312
> Bellingham WA 98225
> uphar.dhaliwal@firstresolution.com

/s/ Sharon R. Albrecht
Sharon R. Albrecht