IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE MITCHELL, )<br>)<br>    Plaintiff, )<br>  v. )<br>)<br>FIRST RESOLUTION INVESTMENT CORP. )<br>and TRANS UNION, LLC )<br>    Defendants )| Civil Action 07 C 6760<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Susan E. Cox |

### NOTICE OF AGREED MOTION

| | |
|---|---|
| Daniel A. Edelman<br>Cathleen M. Combs<br>Francis Richard Greene<br>Tiffany Hardy<br>*Edelman, Combs, Latturner & Goodwin, LLC*<br>120 S. LaSalle Street, 18th Floor<br>Chicago, Illinois 60603 | Uphar Dhaliwal<br>First Resolution Investment Corporation<br>851 Coho Way, Suite 312<br>Bellingham WA 98225 |

    PLEASE TAKE NOTICE that on Thursday, the 20th day of March, 2008, at 9:30 a.m. or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in courtroom 2325, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST FIRST RESOLUTION INVESTMENT CORPORATION**, a true and correct copy of which is hereby served upon you.

Dated: March 12, 2008                       **TRANS UNION LLC**

                                            By:  /s/ Sharon R. Albrecht
                                                  One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
312-368-4000

CHGO1\31165005.1

## **CERTIFICATE OF SERVICE**

I, Sharon R. Albrecht, an attorney, depose and state that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice on the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Tiffany Hardy
> *Edelman, Combs, Latturner & Goodwin, LLC*
> 120 S. LaSalle Street, 18th Floor
> Chicago, Illinois  60603

I further state that I caused a true and correct copy of the foregoing to be served on the following party at the indicated address, by First Class United States Mail and by e-mail:

> Uphar Dhaliwal
> First Resolution Investment Corporation
> 851 Coho Way, Suite 312
> Bellingham WA 98225
> uphar.dhaliwal@firstresolution.com

/s/ Sharon R. Albrecht
Sharon R. Albrecht

CHGO1\31165005.1