IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE MITCHELL, | ) | |
| | ) | 07-c-6760 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| FIRST RESOLUTION INVESTMENT CORPORATION; and TRANS UNION, LLC; | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS**

Plaintiff Kyle Mitchell, by and through his attorneys, respectfully request the Court to enter an order dismissing plaintiff's claims against Defendant Trans Union with prejudice. In support of this motion, plaintiff states as follows:

1. On November 30, 2007, Plaintiff filed this action to secure redress from unlawful credit reporting practices of defendants Trans Union, LLC ("Trans Union") and First Resolution Investment Corporation ("First Resolution"), in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

2. Defendants were properly served on December 4, 2007.

3. On December 13, 2007, counsel for defendant Trans Union entered an appearance.

4. Plaintiff's counsel and counsel for First Resolution have successfully negotiated a settlement of this matter.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court to

enter and order dismissing plaintiff's claims against Trans Union with prejudice.

                                          Respectfully Submitted,

                                          s/ Tiffany N. Hardy
                                          Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. La Salle Street, 18th Floor
Chicago, IL 60603
(312)-739-4200
(312)-419-0379 (Fax)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on March 17, 2008, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this document through the Court's ECF System.

      Sharon Albrect
      shari.albrecht@dlapiper.com

      Albert Edward Hartmann
      albert.hartmann@dlapiper.com

      I further state that I caused a true and correct copy of this document to the foregoing document to be served on the following party at the indicated address, by First Class United States Mail:

      Uphar Dhaliwal
      First Resolution Investment Coproration
      851 Coho Way, Suite 312
      Bellingham, WA 98225

                                            s/ Tiffany N. Hardy
                                            Tiffany N. Hardy