**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KYLE MITCHELL, | ) | |
| | ) | 07-c-6760 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| FIRST RESOLUTION INVESTMENT | ) | |
| CORPORATION; | ) | |
| and TRANS UNION, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   See Attached Service List

Please take notice that on March 20, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Gottschall in Courtroom 2325 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION TO DISMISS**, a copy of which is attached hereto and herewith served upon you.

                                                                                    s/Tiffany N. Hardy
                                                                                    Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on March 17, 2008, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this document through the Court's ECF System.

      Sharon Albrect
      shari.albrecht@dlapiper.com

      Albert Edward Hartmann
      albert.hartmann@dlapiper.com

      I further state that I caused a true and correct copy of this document to the foregoing document to be served on the following party at the indicated address, by First Class United States Mail:

      Uphar Dhaliwal
      First Resolution Investment Coproration
      851 Coho Way, Suite 312
      Bellingham, WA 98225

                                                      s/ Tiffany N. Hardy
                                                      Tiffany N. Hardy