# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6760 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Mitchell vs. First Resolution Investment Corp, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss claims against Defendant Trans Union with prejudice [22] is granted. Defendant Trans Union motion for leave to file third-party complaint against First Resolution Investment Corporation [19] is denied as moot without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|