IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE MITCHELL, | ) | |
| | ) | 07-c-6760 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| FIRST RESOLUTION INVESTMENT | ) | |
| CORPORATION; | ) | |
| and TRANS UNION, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Kyle Mitchell hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**KYLE MITCHELL**


By: s/ Tiffany N. Hardy
      Tiffany N. Hardy
         One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Tiffany N. Hardy, hereby certify that on March 26, 2008, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this document through the Court's ECF System.

  Sharon Albrect
  shari.albrecht@dlapiper.com

  Albert Edward Hartmann
  albert.hartmann@dlapiper.com

  I further state that I caused a true and correct copy of this document to the foregoing document to be served on the following party at the indicated address, by First Class United States Mail:

  Uphar Dhaliwal
  First Resolution Investment Coproration
  851 Coho Way, Suite 312
  Bellingham, WA 98225

                s/ Tiffany N. Hardy
                Tiffany N. Hardy